UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No: 06-80070-CR-MIDDLEBROOKS/JOHNSON(s)(s)

UNITED STATES OF AMERICA,

Plaintiff,

v.

LEONARD ALLEN, JR.,
a/k/a "Little Dred,"

Defendant,

_____/

## DRUG SENTENCING INFORMATION

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and files this Information notifying defendant Leonard Allen, Jr. of its intention to rely upon the sentencing enhancement contained in 21 U.S.C. §841(b).

Defendant is hereby notified that the United States intends to rely, at sentencing, upon the following conviction for a felony drug offense, to seek the enhanced penalty: Case number 95-8954-CF, Circuit Court for the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida, judgement of conviction entered December 22, 1995. A copy of the Judgment of Conviction is attached to defense counsel's copy of this pleading.

In addition, for Counts 1 and 24, the United States intends to rely on, at sentencing, upon the following conviction for a felony drug offense, to seek the enhanced penalty: Case number 95-11052-CF, Circuit Court for the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida, judgement of conviction entered December 22, 1995. A copy of the Judgment of Conviction is attached to defense counsel's copy of this pleading.

In the alternative, in the event that the defendant successfully establishes that either of the above-listed convictions were invalid, 21 U.S.C. §851(c)(1), the United States would rely on the following alternative convictions to support the sentencing enhancement:

Defendant is hereby notified that the United States intends to rely, at sentencing, upon the following conviction for a felony drug offense, to seek the enhanced penalty: Case number 97-8795-CF, Circuit Court for the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida, judgment of conviction entered January 15, 1998. A copy of the Judgment of Conviction is attached to defense counsel's copy of this pleading.

Defendant is hereby notified that the United States intends to rely, at sentencing, upon the following penalty: Case number 97-9696-CF, Circuit Court for the Fifteenth Judicial Circuit, In and For Palm Beach County, Florida, judgment of conviction entered January 15, 1998. A copy of the Judgment of Conviction is attached to defense counsel's copy of this pleading.

Defendant is hereby notified pursuant to 21 U.S.C. §§841(b) and 851 that the defendant faces a statutory mandatory minimum penalty of life as to counts 1 and 24 and a mandatory minimum penalty of 10 years and statutory maximum penalty of life as to count 38 as a result of the filing of this Information.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

By: /s/ KAREN L. ATKINSON
Assistant United States Attorney
Florida Bar No.178603
500 S. Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 820-8711
Fax: (561) 820-8777

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy was mailed 13th day of November, 2006, to:

Gary Kollin, Esq., Counsel for **Leonard Allen, Jr.**
8211 W Broward Boulevard, Suite 420
Ft. Lauderdale, FL 33324
Telephone: 954-723-9999
Fax: 945-424-4279

KAREN L. ATKINSON
ASSISTANT U.S. ATTORNEY

3