Page 1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA


UNITED STATES OF AMERICA,        )   Case No.
                                 )   06-80070-CR-MIDDLEBROOKS
          Plaintiff,             )
                                 )
     -v-                         )   FILED by ___ D.C.
                                 )   APPEALS
                                 )   APR 19 2007
WINFRED LORENZO HUNT, LEONARD    )   CLARENCE MADDOX
ALLEN, JR., and NICKY SAMUELS,   )   CLERK U.S. DIST. CT.
                                 )   S.D. OF FLA. · MIAMI
          Defendants.            )   Miami, Florida
                                 )   November 13, 2006
                                 )   9:22 a.m.


               VOLUME 1 - PAGES 1 - 131

             TRANSCRIPT OF TRIAL PROCEEDINGS

  BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS, AND A JURY

                   U.S. DISTRICT JUDGE

Appearances:


For the Government:       KAREN ATKINSON
                          JANICE LeCLAINCHE
                          Assistant United States Attorneys


For the Defendant:        ROBERT SCOTT GERSHMAN, ESQ.
Hunt                      GERSHMAN & GOLDSTEIN

For the Defendant:        GARY KOLLIN, ESQ.
Allen, Jr.


For the Defendant:        RUBEN MAURICE GARCIA, ESQ.
Samuels



Reporter:                 Karl Shires, RPR
(561) 514-3728            Official Court Reporter
                          701 Clematis Street, Suite 258
                          West Palm Beach, Florida  33401
```

STENOGRAPHICALLY RECORDED COMPUTER-AIDED TRANSCRIPT