UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-8007-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

WINFRED LORENZO HUNT,
LEONARD ALLEN, JR.,
    Defendants
_____/



## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation filed by Magistrate Linnea R. Johnson on July 13, 2007.

THE COURT has conducted a _de novo_ review of the pertinent portions of the file, and is otherwise fully advised in the premises, Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation is hereby ADOPTED and APPROVED in its entirety. Defendants Winfred Lorenzo Hunt and Leonard Allen, Jr. are permitted to proceed on appeal with the joint representation of both John Contini, Esq. and Craig Trocino, Esq. Further, the Court will amend Mr. Allen's Judgment and Commitment order to correct the scriveners error describing the offense as it relates to count thirty-seven (37).

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this __3__ day of August, 2007.

                                          DONALD M. MIDDLEBROOKS
                                        UNITED STATES DISTRICT JUDGE

cc:    Counsel of Record
       Hon. Linnea R. Johnson